UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-1352-SVW(PJWx) | Date | August 20, 2008 |
|---|---|---|---|
| Title | United States of America v. $6,040.00 in U.S. Currency | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Andrea Keifer | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER EXTENDING OSC [6](issued 07/22/08)

     The Court, having received plaintiff's Application for Entry of Default by the Clerk Against the Interests of Edward East, Richard East, and All Other Potential Claimants [7] and the Clerk having entered default against defendants, hereby extends the Order to Show Cause up to and including September 22, 2008, to allow plaintiff to move for default judgment.

                                                    :

Initials of Preparer      PMC